Robins Kaplan LLP
Michael F. Ram (SBN 104805)
mram@robinskaplan.com
Susan S. Brown (SBN #287986)
sbrown@robinskaplan.com
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: 650 784 4040
Facsimile: 650 784 4041

Epps Holloway DeLoach & Hoipkemier, LLC
Adam L. Hoipkemier *[Admitted Pro Hac Vice]*
adam@ehdhlaw.com
Kevin E. Epps *[Admitted Pro Hac Vice]*
kevin@ehdhlaw.com
1220 Langford Drive, Bldg. 200
Watkinsville, GA 30677
Telephone: 706 508 4000
Facsimile: 706 842 6750

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant(s). | Case No. 3:17-cv-04367-JST<br><br>STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO MOTION AND EXTEND REPLY TIME AND CONTINUE HEARING |

Pursuant to Local Rule 6-2, Plaintiff Michael Peters ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submit the following Stipulation to Enlarge the Time for Plaintiff to respond to Defendant Wells Fargo Bank's Motion to Stay Discovery, to provide a date for Defendant's Replies in Support of that Motion, and to reschedule the hearing on the Motion to Stay for the same date as the hearings

on Wells Fargo's pending Motion to Dismiss, Motion to Transfer, and Motion to Strike ("Motions").

**RECITALS**

WHEREAS, Defendant filed its Motion to Stay Discovery on October 12, 2017;

WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's Opposition to Defendant's Motion to Stay Discovery was due on October 26, 2017;

WHEREAS, on or about October 31, 2017, Plaintiff and his counsel reached out to Defendant's counsel to state that they require additional time to evaluate and analyze the motion and to prepare a response;

WHEREAS, Defendant and its counsel would like to maintain the same seven day response time under Local Rule 7-3(c) in which to file a Reply to Plaintiff's anticipated Opposition to Defendant's Motion to Stay Discovery;

WHEREAS, the hearing on Defendant's Motion to Stay Discovery is currently set for November 16, 2017 at 2:00 PM (D.E. 30);

WHEREAS, Defendant agrees to stipulate to Plaintiff's filing of a late Opposition, but is concerned that the delay in the briefing schedule will not provide the Court with sufficient time under the Local Rules in which to have all briefing prior to the hearing set for November 16, 2017;

WHEREAS, in order to accommodate Plaintiff's request to still oppose the Motion to Stay, the Parties agree that the hearing on the Motion to Stay Discovery be set for December 14, 2017, the same day as the Motions are scheduled for argument.

# **STIPULATION**

THEREFORE, subject to Court approval, the Parties agree through their respective attorneys to the following:

1. Plaintiff's time to respond to the motion to stay shall be extended to November 3, 2017.

2. Defendant's replies to the motion to stay shall be due on November 10, 2017.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

5. The hearing on the motion to stay currently set for November 16, 2017, will be moved to the date and time of the motion hearings on December 14, 2017.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 1, 2017              Respectfully submitted,

                                     Robins Kaplan LLP

                                     By: /s/ Michael F. Ram
                                         Michael F. Ram
                                     Robins Kaplan, LLP
                                     2440 W El Camino Real, Suite #100
                                     Mountain View, CA 94040

                                     Adam Hoipkemier
                                     Epps, Holloway, DeLoach &
                                     Hoipkemier, LLC
                                     6 Concourse Parkway #2920
                                     Atlanta, Georgia 30328

                                     *Attorneys for Plaintiff, Michael Peters*

/s/ K. Issac DeVyver
K. Isaac DeVyver
McGuireWoods
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142

*Counsel for Wells Fargo Bank, N.A*

SO ORDERED,

DATED: \_\_November 1, 2017\_\_          _____
                                         United States District Judge