# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERS,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 17-cv-04367-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam for consideration of whether the case is related to <u>Fowler v. Wells Fargo Bank</u>, Case No. 17-cv-2092-HSG.

**IT IS SO ORDERED.**

Dated: November 17, 2017

_____
JON S. TIGAR
United States District Judge